UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER, | CASE NO. C19-0821JLR |
| Plaintiff, | ORDER STRIKING MOTIONS |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Before the court are Plaintiff Madiha Miner's motions (1) for the entry of judgment in the amount of $70 million (Mot. 1 (Dkt. # 10)); and (2) to remove her cases to the United States Supreme Court (Mot. 2 (Dkt. # 11)). As discussed below, the court STRIKES the motions and warns Ms. Miner that, if she fails to adhere to this order, the court will consider the entry of a vexatious litigant order against her.

On June 28, 2019, the court dismissed Ms, Miner's complaint pursuant to 28 U.S.C. § 1915(e). (6/28/19 Order (Dkt. # 16).) Nevertheless, the court granted Ms.

ORDER - 1

1 | Miner leave until July 11, 2019, to file an amended complaint that meets the pleading

2 | requirements of federal court. (*See id.* at 6.)  The court will not consider any motions

3 | filed by Ms. Miner until she timely files an amended complaint that satisfies the court's

4 | June 28, 2019, order.  Accordingly, the court STRIKES Ms. Miner's motions.

5 | In addition, Ms. Miner has several cases presently pending in the Western District

6 | of Washington.  (*See* Case Nos. C19-0822JLR, C19-0846JLR, C19-0847JLR,

7 | C19-0848JLR, C19-0849JLR.)  In each of these cases, Ms. Miner has filed numerous

8 | frivolous motions even though the court has either dismissed her complaint pursuant to

9 | 28 U.S.C. § 1915(e) or remanded her action to state court.  (*See id.*)  If Ms. Miner

10 | continues to file such motions in her cases, the court will consider entering a vexatious

11 | litigant order against her, which will place litigation restrictions upon her within the

12 | Western District of Washington.  The All Writs Acts, 28 U.S.C. § 1651(a), provides

13 | district courts with the inherent power to enter pre-filing orders against vexatious

14 | litigants.  *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007).

15 | Although such orders should be rare, "[f]lagrant abuse of the judicial process cannot be

16 | tolerated because it enables one person to preempt the use of judicial time that properly

17 | could be used to consider the meritorious claims of other litigants."  *De Long v.*

18 | *Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990).

19 | In sum, the court STRIKES Ms. Miner's motions (Dkt. ## 10, 11), and will

20 | consider entering a vexatious litigant order against her if she files any more motions in

21 | //

22 | //

this matter prior to filing an amended complaint that complies with the court's June 28, 2019, order. (*See* 6/28/19 Order at 6.)

Dated this 3rd day of July, 2019.

JAMES L. ROBART
United States District Judge