# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MADIHA MINER,<br><br>    Plaintiff,<br><br> v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | CASE NO. C19-0821JLR<br><br>MINUTE ORDER CONSOLIDATING CASES |
| MADIHA MINER,<br><br>    Plaintiff,<br><br> v.<br><br>KING COUNTY HOUSING AUTHORITY SECTION 8,<br><br>    Defendant. | CASE NO. C19-0822JLR |

1     The following minute order is made by the direction of the court, the Honorable

2 James L. Robart:

3     The above-captioned cases are hereby consolidated. All future pleadings related

4 to either of the above entitled matters shall bear the consolidated caption of this order and

5 shall be filed solely in case number C19-0821JLR.

6     Filed and entered this 9th day of July, 2019.

                            WILLIAM M. MCCOOL
                            Clerk of Court

                            s/Ashliegh Drecktrah
                            Deputy Clerk